**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE CIPRIANO MORENO-GARCIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:26-cv-1945 |

**CASE MANAGEMENT ORDER**

AND NOW, this 7th day of October, 2026, IT IS HEREBY ORDERED as follows:

1. **Service**. The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day. This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3. **Respondents' response to the Petition.** Respondents shall file any responses or answers to the Petition within **14 days** of this date. Responses are limited to **25 pages**, double-spaced.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record