**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE CIPRIANO MORENO-GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-1945 |
| | ) | |
| WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER *et al.*, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**<u>JUDGMENT ORDER</u>**

AND NOW, this 23rd day of November, 2026, the Court having dismissed Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241,

IT IS FURTHER ORDERED that final judgment of this Court is entered in favor of Respondents and against Petitioner, as specified in the Order issued this day, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record